UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

**12 CV 9196**

---

Paul Rembert

(In the space above enter the full name(s) of the plaintiff(s) petitioner(s)

v.

Kevin Cheverko Commissioner of the Westchester County Department of Correction. The Westchester County Department of Correction. And Correct Care Solutions. Medical Department.

(In the space above enter the full name(s) of the defendant(s) respondent(s)

**REQUEST TO PROCEED IN FORMA PAUPERIS**



RECEIVED DEC 17 2012 PRO SE OFFICE

I, __Paul Rembert__, am the plaintiff/petitioner in the above entitled case and I hereby request to proceed in forma pauperis and without being required to prepay fees or cost or give security. I state that because of my poverty I am unable to pay the cost of said proceeding or to give security therefor, and that I believe I am entitled to redress.

1. If you are presently employed:
    a) give the name and address of your employer
    b) state the amount of your earnings per month

    _____None_____
    _____None_____

2. If you are NOT PRESENTLY EMPLOYED:
    a) state the date of start and termination of your last employment
    b) state your earnings per month
    **YOU MUST ANSWER THIS QUESTION EVEN IF YOU ARE INCARCERATED.**

    My last employment started in 1992 and end in 1992

3. Have you recived, within the past twelve months, any money from the source and the amount of money you received.

    No

    a) Are you receiving any public benefits?  No _x_   Yes __

    b) Do you receive any income from any other source? No __   Yes _x_

4. Do you have any money, including any money in checking or savings account? If so how much?

   _____ No _____

5. Do you own any apartment, house, or building, stock, bonds, notes, automobiles or other property? If the answer is yes, describe the property and state its approximate value.

   No _x_   Yes ___   _____

6. List the person(s) that you pay money to support and the amount you pay each month.

   _____ My Son Paul Rembert Jr who's in school _____
   _____ He gets my VA check in the amount of $110.00 a month _____

7. Do you pay for rent or for a mortgage? If so, how much each month?

   _____ No _____

8. State any special financial circumstances which the Court should consider.

   I have no extra income that I can use to pay the fee
   _____
   _____
   _____
   _____
   _____
   _____
   _____

I understand that the Court shall dismiss this case if I give a false answer to any questions in this declaration. In addition, if I give a false answer I will be subject to the penalties for perjury.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this _10_ day of _December_, _2012_.
            day          month         year

                                          _Paul Rembert_
                                            Signature

9

United States District Court
Southern District of New York

## PRISONER AUTHORIZATION

Mailed to Plaintiff by the Court on this date: _____

RE: _____ -v- _____

**NOTICE IS HEREBY GIVEN THAT THIS ACTION WILL BE DISMISSED UNLESS PLAINTIFF COMPLETES AND RETURNS THIS AUTHORIZATION FORM TO THIS COURT WITHIN FORTY-FIVE DATS FROM THE DATE OF THIS NOTICE.**

On April 26, 1996, the prison Litigation Reform Act ("PLRA" or "Act") was signed into law. This Act amends the in forma paupris statute (28 U.S.C. § 1915) and applies to your case. Under these amendments, you are required to pay the full filing fee when bringing a civil action if you are currently incarcerated or detained in any facility. If you do not have sufficient funds in your prison account at the time your action is filed, the Court must assess and collect payments untill the entire filing fee of $350 has been paid, no matter what the outcome of the action.
*************************************************************

**SIGN AND DATE THE FOLLOWING AUTHORIZATION:**

I, __Paul Rembert_____, request and authorize the agency holding me in custody to send the Clerk of the United States District Court for the Southern District of New York, a certified copy of my prison account statement for the past six months. I further request and authorize the agency holding me in custody to calculate the amounts specified by 28 U.S.C.§ 1915(b), to deduct those amounts from my prison trust fund account (or institutional equivalent), and to disburse those amounts to the United States District Court for the Southern District of New York. This authorization shall apply to any agency into whose custody I may be transferred.

I UNDERSTAND THAT BY SIGNING AND RETURNING THIS NOTICE TO THE COURT, THE ENTIRE COURT FILING FEE OF $350 WILL BE PAYED IN INSTALLMENTS BY AUTOMATIC DEDUCTIONS FROM MY PRISON TRUST FUND ACCOUNT EVEN IF MY CASE IS DISMISSED. FOR CASES FILED BEFORE APRIL 10, 2006, THE PRIOR FILING FEE OF $250 WILL BE DEDUCTED.

_Paul Rembert_
Signature of Plaintiff

December 10, 2012
Date Signed

N.Y.S.I.D. # 03901237M

Local Jail/Facility I.D. # 10829

10