# Patterson Belknap Webb & Tyler LLP

1133 Avenue of the Americas   New York, NY 10036-6710   212.336.2000   fax 212.336.2222   www.pbwt.com

December 18, 2015

Jonathan Hatch
Associate
(212) 336-7625
jhatch@pbwt.com

**By ECF**

Hon. Katherine B. Forrest
United States District Court for the Southern District of New York
Daniel Patrick Moynihan United States Courthouse
500 Pearl St.
New York, NY 10007-1312

      Re:    *Rembert v. Cheverko*, No. 12-cv-9196 (KBF) (S.D.N.Y.)

Dear Judge Forrest:

      We represent Plaintiff Paul Rembert in the above-captioned matter. We submit this letter in response to the Court's November 30, 2015 Order (ECF No. 209) requesting by December 18, 2015 an update on Defendants' request to take additional discovery of Plaintiff related to certain medical records.

      Plaintiff has decided to voluntarily dismiss his remaining claims against Defendants with prejudice and discontinue this action. Plaintiff has sent a stipulation to this effect to Defendants and is prepared to sign and file that stipulation once he receives a response from Defendants. A copy of the email sending that stipulation to Defendants' counsel and the draft stipulation is attached as **Exhibit A**.

      Respectfully submitted,

Jonathan Hatch

8412840